UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES of AMERICA        :

       Plaintiff,              :
                           CR. Action No. 06-996-02 (SDW)

                          :
       v.                                        O R D E R
                          :
BERNARD MEITERMAN
                          :
       Defendant.

This matter having come before the Court by Defendant, BERNARD MEITERMAN, requesting permission to travel;

It is on this 23rd day of June, 2010 ORDERED that the Defendant is permitted to travel for business purposes only. Defendant must submit all required travel information and specific purpose of business travel, as directed by the Probation Office. This permission will be revoked if Defendant, at any time, is not compliant with the conditions of his supervised release, as determined by the Probation Office.

                                                /s/ Susan D. Wigenton
                                                SUSAN D. WIGENTON, U.S.D.J.